THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK O'HARA, Alias "HUNG" O'HARA, Appellant.— Judgment of conviction affirmed. All concur.

HERBERT S. SISSON, as State Commissioner of Excise of the State of New York, Respondent, v. LEO H. GEISE, Appellant.— Order affirmed, with costs. All concur, except Lambert and Clark, JJ., who dissent.

In the Matter of the Appointment of a Committee on Character and Fitness of Applicants for Admission to the Bar in the Seventh Judicial District.— Hon. Arthur E. Sutherland appointed a member of said committee in the place of Joseph W. Taylor, resigned.

In the Matter of the Application of WILLIAM JONES for the Removal of ALFRED COCOMITROS from Certain Premises in the City of Watertown. — [See *post*, p. 925.] Motion granted and appeal dismissed, with costs.

MICHAEL LUKACIEWICZ, Respondent, v. HEDWIGE RUCZYNSKI, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers by May twelfth.

ELEANOR M. CONLEY, Respondent, v. JOSEPH J. LUGIA and Others, Appellants.— Motion granted and appeal dismissed, with costs.

AMERICAN FIELD STORAGE CORPORATION, Appellant, v. JOSEPH C. TRAUTMAN, Respondent.— Motion to dismiss appeal denied.

REUBEN BRAUMSTEIN and Another, Respondents, v. JACOB SIEGEL and Another, Appellants.— Motion to dismiss appeal denied, and case put over present term, upon condition that appellants shall pay to respondent's attorney ten dollars and be ready to argue the appeal at the opening of the September term.

JAMES HEALY, SR., Respondent, v. MAGNUS P. BENZING and Another, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

JAMES HEALY, JR., an Infant, etc., Respondent, v. COLE MOTOR COMPANY OF BUFFALO, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

CALVIN G. SUTLIFF and Another, Respondents, v. BENFORD AUTO PRODUCTS COMPANY, INC., Appellant.— Appeal dismissed, without costs, upon stipulation filed.

HENRY WILLIS, as a Stockholder in the Rochester Electric Railway Company, on Behalf of Himself, etc., Respondent, v. CITY OF ROCHESTER, Appellant, Impleaded with Others, Defendants.— Appeal discontinued, without costs, upon stipulation filed.

GEORGE H. MILGATE, Plaintiff, v. HARRY OLIVER RITZ, Defendant.— Appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BUFFALO CONSISTORY OF SUBLIME PRINCES OF THE ROYAL SECRET OF THE VALLEY, ETC., Appellant, v. WILLIAM J. BURKE and Others, as Assessors of the City of Buffalo, Respondents. (Assessment of 1916.) — Appeal dismissed, without costs, upon stipulation filed.

NEW YORK CENTRAL RAILROAD COMPANY, Appellant, v. LOCK CITY DEVELOPING COMPANY, INC., Respondent.— Appeal dismissed, without costs, upon stipulation filed.